```
                                    FILED
                          CLERK, U.S. DISTRICT COURT

                              MAR 1 2 2009

                          CENTRAL DISTRICT OF CALIFORNIA
                          BY                      DEPUTY
```

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD SPADE, ) | NO. CV 06-6275 DDP (FMO) |
|     Petitioner, ) | |
| v. ) | **JUDGMENT** |
| LEA ANN CHRONES, ) | |
|     Respondent. ) | |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: March 12, 2009.

/s/ Dean D. Pregerson

DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE